# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furse, Evelyn J. | United States District Court for the District of Utah | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Federal District Court, District of Utah
351 South West Temple
Salt Lake City, UT 84101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Devis LLC |
| 2. | Trustee | Trust #1 |
| 3. | Member | Park Avenue Rental Property 1 |
| 4. | Member | Park Avenue Rental Property 2 |
| 5. | Member | Woodside Rental Property 3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Utah Retirement Systems, Defined Benefit Plan, No Control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Wasatch Powerbird Guides, Salary |
| 2. | 2017 | Powderbird Enterprises LLC, Self Employment, Managing Member |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 5/11-13/2017 | St. George, UT | Southern Utah Federal Bar Conference | Lodging, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Alta Ski Area | Season Pass | $999.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationstar (formerly Seneca Mortgage Services) | Mortgage secured by property held by Devis, LLC in Salt Lake City, Utah | M |
| 2. | Chase Mortgage | Mortgage secured by real property located in Park City, Utah | M |
| 3. | DiTech LLC | Mortgage secured by property held by Devis, LLC in Salt Lake City, Utah | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 Assets (H) | | | | | | | | | |
| 2. -Retirement Plan 1 (H) | | | | | | | | | |
| 3. --Fid Adv Small Cap Fd A | A | Dividend | J | T | | | | | |
| 4. --Invsco VK Gr Inc A | A | Dividend | J | T | | | | | |
| 5. --JPM VK Intl Equity Fd | A | Dividend | J | T | | | | | |
| 6. --NW Mny Mkt | | None | J | T | | | | | |
| 7. --PIMCO Ttl Rtn A | | None | J | T | | | | | |
| 8. -Retirement Plan 2 (H) | | | | | | | | | |
| 9. --Janus Henderson Enterprise N | D | Int./Div. | L | T | | | | | |
| 10. --Charles Schwab Pooled Stable Value Fund | A | Int./Div. | J | T | | | | | |
| 11. -Individual Retirement Account 1 (H) | | | | | | | | | |
| 12. --FDIC insured deposit at Wells Fargo IRA | A | Int./Div. | M | T | | | | | |
| 13. -Retirement Plan 3 (H) | | | | | | | | | |
| 14. --Utah Retirement Systems, Defined Contribution Plans | E | Int./Div. | M | T | | | | | |
| 15. -Zions Bank Accts | A | Interest | M | T | | | | | |
| 16. -Wells Fargo Accts | A | Interest | K | T | | | | | |
| 17. -Alysheba Fund | E | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Costal Community Credit Union Accts | A | Interest | L | T | | | | | |
| 19. Park Avenue Rental Property 1 Park City Utah | D | Rent | O | W | | | | | |
| 20. Park Avenue Rental Property 2, Park City Utah | A | Rent | O | W | | | | | |
| 21. Woodside Rental Property 3, Park City Utah | D | Rent | O | W | | | | | |
| 22. Powderbird Enterprises LLC | D | Distribution | L | W | | | | | |
| 23. Devis, LLC, Salt Lake City, Utah | E | Rent | O | W | | | | | |
| 24. American Express Bank Acct | B | Interest | M | T | | | | | |
| 25. Chase Bank Acct | B | Interest | M | T | | | | | |
| 26. Fidelity Core Acct (H) | | | | | | | | | |
| 27. -Fidelity Cash Management Account | A | Interest | L | T | | | | | |
| 28. -Fidelity Cash Reserves Account | A | Interest | J | T | | | | | |
| 29. -Fidelity Municipal Income | D | Dividend | L | T | Buy | 01/13/17 | L | | |
| 30. -Fidelity Growth Discovery | | None | K | T | Buy | 12/13/17 | K | | |
| 31. -Health Equity | | None | J | T | Buy | 12/13/17 | J | | |
| 32. Janus Retirement | A | Interest | M | T | | | | | |
| 33. -Janus Money Market Fund | A | Interest | L | T | | | | | |
| 34. -Janus Research Fund D | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lady Smith & District Credit Union | A | Int./Div. | J | T | | | | | |
| 36. Mattersite Corp. (stock) | | None | K | T | | | | | |
| 37. Limelight Corp. (stock) | D | Distribution | | | Sold | 09/20/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Evelyn J. Furse**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544